Whitney, Thompson & Jeffcoach LLP
Marshall C. Whitney, #82952
Mandy L. Jeffcoach, #232313
8050 N. Palm Avenue, Suite 110
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Attorneys for Plaintiff CALIFORNIA CLOVIS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMM 2006-C8 SHAW AVENUE CLOVIS LLC; LNR PARTNERS CALIFORNIA MANAGER, LLC, Who is the Manager of COMM 2006-C8 SHAW AVENUE CLOVIS LLC; KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br>　　　　　　　　　　　　　. | Case No. 1:19-cv-00962-LJO-SKO<br><br>**STIPULATION TO DEPOSIT FUNDS INTO BLOCKED ACCOUNT AND TO DISMISS DEFENDANT KOHL'S DEPARTMENT STORES, INC.; AND ORDER THEREON**<br><br>(Doc. 11) |

　　　　Plaintiff CALIFORNIA CLOVIS, LLC ("Plaintiff") and Defendants COMM 2006-C8 SHAW AVENUE CLOVIS LLC ("COMM 2006-C8"), LNR PARTNERS CALIFORNIA MANAGER, LLC ("LNR"), and KOHL'S DEPARTMENT STORES, INC. ("KOHL'S) (COMM 2006-C8, LNR, and KOHL's collectively referred to as "Defendants"), by and through their respective attorneys of record herein, hereby stipulate and agree as follows:

## **R E C I T A L S**

　　　　A.　　On June 7, 2019, Plaintiff filed the above-captioned action in the Fresno County Superior Court seeking declaratory relief, breach of contract, injunctive relief and anticipatory breach of contract arising from a certain ground lease of a commercial building in Clovis,

California, as to which defendant Kohl's is presently the sub-tenant in possession.

B. While Plaintiff, on the one hand, and the Defendants, other than Kohl's, on the other hand, dispute the viability of the ground lease pursuant to which Kohl's subleases a commercial building in the Sierra Vista Mall shopping center located in Clovis, California, they do not desire to disrupt the occupation of the building by Kohl's and have, therefore, agreed to the following stipulation:

## **STIPULATION**

1. Plaintiff and Defendants have agreed to establish a blocked account at Fresno First Bank located at 7690 N. Palm Ave., Fresno, CA 93711 into which Kohl's will deposit any and all rent due from and after August 1, 2019 by direct deposit into said account on or before the 1st day of each month, the then due rent and Common Area Maintenance charges, with deposits commencing no later than August 16, 2019;

2. During the period of time required to establish and fund the blocked account as hereafter set forth, which period shall not exceed thirty (30) days from the date of this stipulation, Kohl's shall have an extension of time to respond to the Complaint to August 30, 2019;

3. The funds deposited into said blocked account shall not be withdrawn or otherwise distributed until such time as the Court issues an order for distribution of the funds; and

4. Upon creation of the blocked account and Kohl's first deposit therein, Plaintiff shall file a dismissal without prejudice of the action against Kohl's pursuant to F.R.C.P., Rule 41(a).

Dated: July 25, 2019                    WHITNEY, THOMPSON & JEFFCOACH LLP


By:     /s/Marshall C. Whitney
            Marshall C. Whitney
            Mandy L. Jeffcoach
    Attorneys for Plaintiff CALIFORNIA CLOVIS, LLC

125.0 05307709.000

2

STIPULATION TO DEPOSIT FUNDS INTO BLOCKED ACCOUNT; AND ORDER THEREON

Dated: July 25, 2019                                    DUANE MORRIS LLP

By:     /s/Elinor H. Murarova
Meagen E. Leary / Elinor H. Murarova
B. Alexandra Jones
Attorneys for Defendants COMM 2006-C8 SHAW AVENUE CLOVIS LLC and LNR PARTNERS CALIFORNIA MANAGER, LLC

Dated: July 25, 2019                                    PAYNE & FEARS

By:     /s/Leila Narvid
Leila Narvid
Attorney for KOHL'S DEPARTMENT STORES, INC.

**ORDER**

IT IS SO ORDERED.

Dated: **July 30, 2019**                                /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

125.0 05307709.000

3

STIPULATION TO DEPOSIT FUNDS INTO BLOCKED ACCOUNT; AND ORDER THEREON