1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  CALIFORNIA CLOVIS, LLC,           No. 1:19-cv-00962-LJO-SKO
12              Plaintiff,
13       v.                           ORDER DIRECTING THE CLERK TO
                                      TERMINATE DEFENDANT KOHL'S
14  COMM 2006-C8 SHAW AVENUE          DEPARTMENT STORES, INC.
    CLOVIS LLC, et al.,
15                                    (Doc. 15)
              Defendants.
16
17

On August 30, 2019, the parties filed a Stipulation to Dismiss Defendant Kohl's Department Stores, Inc., without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 15.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii), this case has automatically terminated as to Defendant Kohl's Department Stores, Inc. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Kohl's Department Stores, Inc.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated: **September 2, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE