MEAGEN E. LEARY (SBN 233103)
B. ALEXANDRA JONES (SBN 317838)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel: 415 957 3000
Fax: 415 957 3001
E-mail: meleary@duanemorris.com
bajones@duanemorris.com

ELINOR H. MURAROVA (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Ste. 3700
Chicago, IL 60603
Tel: 312 499 6700
Fax: 312 499 6701
E-mail: ehart@duanemorris.com

Attorneys for COMM 2006-C8 SHAW AVENUE CLOVIS LLC and LNR PARTNERS CALIFORNIA MANAGER, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMM 2006-C8 SHAW AVENUE CLOVIS LLC; LNR PARTNERS CALIFORNIA MANAGER, LLC, Who is the Manager of COMM 2006-C8 SHAW AVENUE CLOVIS LLC; KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00962-LJO-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO AMEND THE PLEADINGS**<br><br>**(Doc. 25)** |

Pursuant to the Stipulation of the Parties (Doc. 25), and good cause appearing therefor, it is ORDERED that the deadline to file any motions or stipulations to amend the pleadings is extended to February 21, 2020.

IT IS SO ORDERED.

Dated: __**January 31, 2020**__          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE