IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMM 2006-C8 SHAW AVENUE CLOVIS LLC; LNR PARTNERS CALIFORNIA MANAGER, LLC, Who is the Manager of COMM 2006-C8 SHAW AVENUE CLOVIS LLC; KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00962-NONE-SKO<br><br>ORDER GRANTING THE PARTIES' JOINT AND AGREED MOTION FOR SUBSTITUTION OF PARTIES<br><br>(Doc. No. 28) |

This matter coming before this Court on the motion of the parties to substitute Sierra Vista Realty LLC, Sierra Vista CH LLC and Sierra Vista Nassim LLC (collectively the "Sierra Vista Entities") into this action as the proper Defendants, due notice being given, and this Court being advised, **IT IS HEREBY ORDERED** that:

1. The Parties' Joint and Agreed Motion for Substitution of Parties is granted;
2. The Sierra Vista Entities are substituted as Defendants in this action;
3. COMM 2006 Shaw Avenue Clovis LLC and LNR Partners California Manager, LLC are dismissed from this action without prejudice; and

/////

4. The caption in this action shall be amended to reflect the substitution of the Sierra Vista Entities into this action as Defendants.

IT IS SO ORDERED.

Dated: **February 25, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE