MEAGEN E. LEARY (SBN 233103)
B. ALEXANDRA JONES (SBN 317838)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel: 415 957 3000
Fax: 415 957 3001
E-mail:  meleary@duanemorris.com
              bajones@duanemorris.com

ELINOR H. MURAROVA (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Ste. 3700
Chicago, IL 60603
Tel: 312 499 6700
Fax: 312 499 6701
E-mail:  ehart@duanemorris.com

Attorneys for SIERRA VISTA REALTY LLC, SIERRA VISTA CH LLC, and SIERRA VISTA NASSIM LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>SIERRA VISTA REALTY LLC, a California limited liability company; SIERRA VISTA CH LLC, a California limited liability company; SIERRA VISTA NASSIM LLC, a California limited liability company; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. 1:19-cv-00962-NONE-SKO<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**<br><br>**(Doc. 31)** |

WHEREAS, the Court issued a Scheduling Order on November 7, 2019, pursuant to Federal Rule of Civil Procedure 16 [Docket No. 22.], after holding a telephonic scheduling conference on November 5, 2019.

WHEREAS, the parties met and conferred on April 3, 2020, during which the parties discussed the impact of the COVID-19 pandemic on the existing discovery and briefing schedule and the proposed pre-trial conference and trial dates, and agreed that all scheduled dates be extended by at least 90 days.

WHEREAS, the parties are currently reviewing their availability for trial dates in 2021 but, in the meantime, have agreed upon the other pre-trial dates set forth below.

WHEREAS, the parties therefore stipulate and respectfully request that the Court enter the following amended scheduling order in the above-referenced case:

1. The discovery deadlines are as follows:
    a. Non-expert discovery shall be completed no later than September 10, 2020.
    b. Expert disclosures shall be made no later than October 8, 2020.
    c. Rebuttal expert disclosures shall be made no later than November 5, 2020.
    d. Expert discovery shall be completed no later than November 30, 2020.
2. Non-dispositive motions shall be filed on or before December 3, 2020. A hearing on any non-dispositive motions shall take place on January 5, 2021.
3. Dispositive motions shall be filed on or before December 3, 2020. A hearing on any dispositive motions shall take place on January 12, 2021.
4. The deadline to provide proposed settlement conference dates shall be September 24, 2020.
5. The pre-trial conference shall take place on March 9, 2021.
6. The trial shall be set for a date thereafter.

///
///
///
///
///
///

Dated: May 1 , 2020                                    **DUANE MORRIS LLP**

By: */s/ B. Alexandra Jones*
Meagen E. Leary
B. Alexandra Jones
Elinor H. Murarova
Attorneys for COMM 2006-C8 SHAW AVENUE CLOVIS LLC and LNR PARTNERS CALIFORNIA MANAGER, LLC

Dated: May 1 , 2020                                    **WHITNEY, THOMPSON & JEFFCOACH LLP**

By: */s/ Mandy L. Jeffcoach*
Marshall C. Whitney
Mandy L. Jeffcoach
Attorneys for CALIFORNIA CLOVIS, LLC

## ORDER

Pursuant to the above-stipulation, the parties' proposed schedule is GRANTED and the Scheduling Order (Doc. 22) is MODIFIED as follows:

**Discovery Deadlines**:

Non-Expert Discovery: September 10, 2020

Expert Disclosures: October 8, 2020

Rebuttal Expert Disclosures: November 5, 2020

Expert Discovery: November 30, 2020

**Non-Dispositive Motion Deadlines:**

Filing: December 3, 2020

Hearing: January 6, 2021[1]

**Dispositive Motion Deadlines:**

Filing: December 3, 2020

---

[1] Magistrate Judge Oberto's civil law and motion calendar occurs on Wednesdays at 9:30 a.m.

      Hearing: January 19, 2021[2]

**Deadline to Provide Proposed Settlement Conference Dates:**

      September 24, 2020

**Pre-Trial Conference**:

      March 29, 2021[3]

**Trial**:

      May 25, 2021

IT IS SO ORDERED.

Dated:   **May 4, 2020**                /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[2] Date altered to comport with District Judge's calendar.

[3] Date altered to comport with District Judge's calendar.