1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

CALIFORNIA CLOVIS, LLC, a Delaware
limited liability company,

No. 1:19-cv-0962-NONE-SKO

12

Plaintiff,

**ORDER GRANTING IN PART THE
PARTIES' STIPULATED REQUEST**

13

v.

14

SIERRA VISTA REALTY, LLC, et al.,

**ORDER MODIFYING SCHEDULING
ORDER**

15

Defendants.

**(Doc. 35)**

16

17

18

On August 11, 2020, the parties filed a "Stipulation to Amend Scheduling Order[.]"  (Doc.

19

35.)  The parties state that modification of the scheduling order is necessary because Plaintiff's

20

principal has experienced a serious medical condition that has rendered him currently unable to

21

participate in the case and unable to appear for his deposition until mid-to-late October of 2020.

22

(*Id.* at 2.)  The parties request that the Court continue certain discovery deadlines and the hearing

23

deadlines for non-dispositive and dispositive motions, but keep the filing deadlines for non-

24

dispositive and dispositive motions, and keep the currently scheduled pretrial conference and trial

25

dates.  (*Id.*)

26

The Court finds that the parties have shown good cause to extend the deadlines.  However,

27

28

in keeping with the Court's scheduling preferences, the Court will continue the non-dispositive motions and dispositive motions filing deadlines along with the hearing deadlines, and must continue the pretrial conference and trial dates so there is sufficient time between the dispositive motions hearing date and the pretrial conference.

Accordingly, for good cause shown, the Court GRANTS IN PART the parties' request and will modify the scheduling order and enlarge the deadlines as follows:[1]

1.    Non-expert discovery shall be completed by **November 5, 2020.**

2.    Expert disclosures shall be completed by **November 10, 2020.**

3.    Rebuttal expert disclosures shall be completed by **November 20, 2020.**

4.    Expert discovery shall be completed by **December 2, 2020.**

5.    Non-dispositive motions shall be filed by **January 4, 2021,** and heard by **February 3, 2021.**

6.    Dispositive motions shall be filed by **January 4, 2021,** and heard by **February 22, 2021.**

7.    The parties shall provide proposed settlement conference dates by **November 15, 2020.**

8.    The pretrial conference is continued to **April 26, 2021.**

9.    The trial date is continued to **June 29, 2021.**

IT IS SO ORDERED.

Dated:   **August 12, 2020**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has adjusted certain dates to conform to the Court's scheduling preferences.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28