MEAGEN E. LEARY (SBN 233103)
B. ALEXANDRA JONES (SBN 317838)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel: 415 957 3000
Fax: 415 957 3001
E-mail:  meleary@duanemorris.com
         bajones@duanemorris.com

ELINOR H. MURAROVA (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Ste. 3700
Chicago, IL 60603
Tel: 312 499 6700
Fax: 312 499 6701
E-mail:  ehart@duanemorris.com

Attorneys for SIERRA VISTA REALTY LLC, SIERRA VISTA CH LLC, and SIERRA VISTA NASSIM LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>SIERRA VISTA REALTY LLC, a California limited liability company; SIERRA VISTA CH LLC, a California limited liability company; SIERRA VISTA NASSIM LLC, a California limited liability company; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 1:19-cv-00962-NONE-SKO<br><br>**STIPULATION TO DEPOSIT FUNDS INTO BLOCKED ACCOUNT; AND ORDER THEREON**<br><br>**(Doc. 37)** |

Plaintiff CALIFORNIA CLOVIS, LLC ("Plaintiff") and Defendants COMM 2006-C8 SHAW AVENUE CLOVIS LLC ("COMM 2006-C8"), SIERRA VISTA REALTY LLC, SIERRA VISTA CH LLC, and SIERRA VISTA NASSIM LLC, collectively referred to as "Defendants"), by and through their respective attorneys of record herein, hereby stipulate and agree as follows:

## RECITALS

A. On June 7, 2019, Plaintiff filed an action in Fresno Superior Court seeking declaratory relief, breach of contract, injunctive relief and anticipatory breach of contract arising from a certain ground lease of a commercial building in Clovis, California. On July 11, 2019, Defendants' predecessor in interest filed a Notice of Removal to the Eastern District of California.

B. While Plaintiff, on the one hand, and the Defendants, on the other hand, dispute the matters at issue in this case, the parties wish to avoid any default of rental or other payments on the property during the pendency of this litigation, and have, therefore, agreed to the following stipulation:

## STIPULATION

1. Plaintiff and Defendants have agreed to establish an escrow account at Fresno First Bank located at 7690 N. Palm Ave., Fresno, CA 93711 into which Plaintiff will deposit any and all CAM payments due from and after November 1, 2020 by direct deposit into said account on or before the 1st day of each month, in the total amount of $9,410.00 per month. The parties further agree and stipulate that Plaintiff has attempted to make CAM payments but that given the pendency of this litigation those CAM payments have not been accepted.

2. All of Plaintiff's prior CAM payments not previously cashed by Defendants will also be deposited into the escrow account commencing on November 1, 2020. The parties presently believe that this amount totals $131,700, which are all CAM payments made from July 5, 2019 through October 5, 2020, less two checks negotiated. Each of the parties reserve all of their respective rights to address the same if they discover that greater or lesser past-due amounts of CAM are owed.

3. The funds deposited into said escrow account shall not be withdrawn or otherwise distributed until such time as the Court issues an order for distribution of the funds or upon resolution of this litigation.

4. At the conclusion of the litigation, should Plaintiff prevail, then the funds in the escrow account related to this Stipulation shall be released to Defendants. Alternatively, should

Defendants prevail, then the funds in the escrow account related to this Stipulation shall be released to Plaintiff.

5. The parties to this stipulation reserve all other rights with respect to this matter.

**STIPULATED AND AGREED:**

Dated: October 30, 2020               **DUANE MORRIS LLP**

                                      By:   */s/ Elinor H. Murarova*
                                            Meagen E. Leary
                                            B. Alexandra Jones
                                            Elinor H. Murarova

                                            Attorneys for DEFENDANTS

Dated: October 30, 2020               **WHITNEY, THOMPSON & JEFFCOACH LLP**

                                      By:   */s/ Mandy L. Jeffcoach*
                                            Marshall C. Whitney
                                            Mandy L. Jeffcoach

                                            Attorneys for CALIFORNIA CLOVIS, LLC


**ORDER**

IT IS SO ORDERED.

Dated:   **November 3, 2020**                  /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE