MEAGEN E. LEARY (SBN 233103)
B. ALEXANDRA JONES (SBN 317838)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel: 415 957 3000
Fax: 415 957 3001
E-mail:  meleary@duanemorris.com
             bajones@duanemorris.com

ELINOR H. MURAROVA (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Ste. 3700
Chicago, IL 60603
Tel: 312 499 6700
Fax: 312 499 6701
E-mail:  ehart@duanemorris.com

Attorneys for SIERRA VISTA REALTY LLC, SIERRA VISTA CH LLC, and SIERRA VISTA NASSIM LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company, | Case No. 1:19-cv-00962-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER AND ORDER** |
| v. | **(Doc. 36)** |
| SIERRA VISTA REALTY LLC, a California limited liability company; SIERRA VISTA CH LLC, a California limited liability company; SIERRA VISTA NASSIM LLC, a California limited liability company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

WHEREAS, the Court issued a Scheduling Order on November 7, 2019, pursuant to Federal Rule of Civil Procedure 16 (Dkt. 22);

WHEREAS, on May 4, 2020, the Court modified the scheduling order given the ongoing impact of the pandemic (Dkt. 32);

WHEREAS, on August 11, 2020, the parties filed a stipulation to amend the scheduling order based on Plaintiff's principal's advanced cancer diagnosis and related treatment, which rendered him unable to sit for a deposition until mid to late October of 2020 and unable to travel (Dkt. 35);

WHEREAS, on August 13, 2020, the Court entered an amended scheduling order to accommodate Plaintiff's principal's condition and treatment. The Court also set the trial date for June 29, 2021 (Dkt. 36);

WHEREAS, the parties have continued to work together to move the discovery process forward but, given the timing of Plaintiff's principal's treatment and related recovery, the parties have been unable to complete depositions in this matter. The parties anticipate, barring any unforeseen health issues, that Plaintiff's deposition, and the deposition of a third-party for whom Plaintiff's principal will act as the corporate representative, will occur prior to December 10, 2020. Additionally, one of Defendants' lead trial attorneys is pregnant with a current due date of May 12, 2021, and her expected maternity leave conflicts with the current trial date;

WHEREAS, the parties submit that the above matters constitute good cause to extend the relevant deadlines, and the parties therefore stipulate and respectfully request that the Court enter the following amended scheduling order in the above-referenced case:

1. The discovery deadlines are as follows:
    a. Non-expert discovery shall be completed no later than January 15, 2021.
    b. Expert disclosures shall be made no later than February 1, 2021.
    c. Rebuttal expert disclosures shall be made no later than February 19, 2021.
    d. Expert discovery shall be completed no later than March 5, 2021.
2. Non-dispositive motions, other than motions *in limine* in advance of trial, shall be filed on or before March 19, 2021. A hearing on any non-dispositive motions shall take place on April 16, 2021.
3. Dispositive motions shall be filed on or before March 19, 2021. A hearing on any dispositive motions shall take place on April 30, 2021.
4. The deadline to provide proposed settlement conference dates shall be December 15, 2020.

5. The pre-trial conference shall take place on August 23, 2021.

6. The parties are jointly available for trial on any of the following dates:

    a. September 13, 2021; or

    b. October 18, 2021.

    c. The parties can also provide additional dates to the Court as necessary.

Dated: November 5, 2020            **DUANE MORRIS LLP**

By: */s/ Elinor H. Murarova*
Elinor H. Murarova
Meagen E. Leary
B. Alexandra Jones
Attorneys for COMM 2006-C8 SHAW AVENUE CLOVIS LLC and LNR PARTNERS CALIFORNIA MANAGER, LLC

Dated: November 5, 2020            **WHITNEY, THOMPSON & JEFFCOACH LLP**

By: */s/ Mandy L. Jeffcoach*
Marshall C. Whitney
Mandy L. Jeffcoach
Attorneys for CALIFORNIA CLOVIS, LLC

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

Good cause having been shown (*see* Fed. R. Civ. P. 16(b)(4)), the parties' joint request to modify the case schedule (Doc. 36) is GRANTED as follows:[1]

    **Discovery Deadlines**:

        Non-Expert Discovery: January 15, 2021

        Expert Disclosures: February 1, 2021

        Rebuttal Expert Disclosures: February 19, 2021

        Expert Discovery: March 5, 2021

    **Non-Dispositive Motion Deadlines, Other than Motions *in Limine*:**

        Filing: March 19, 2021

        Hearing: April 21, 2021

    **Dispositive Motion Deadlines:**

        Filing: March 19, 2021

        Hearing: May 5, 2021

    **Deadline to Provide Proposed Settlement Conference Dates:**

        December 15, 2020

    **Pre-Trial Conference**:

        August 25, 2021

    **Trial**: October 19, 2021

IT IS SO ORDERED.

Dated:   **November 6, 2020**                    /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has adjusted certain dates to conform to the Court's calendar and/or scheduling preferences.