MEAGEN E. LEARY (SBN 233103)
B. ALEXANDRA JONES (SBN 317838)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel: 415 957 3000
Fax: 415 957 3001
E-mail:  meleary@duanemorris.com
            bajones@duanemorris.com

ELINOR H. MURAROVA (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Ste. 3700
Chicago, IL 60603
Tel: 312 499 6700
Fax: 312 499 6701
E-mail:  ehart@duanemorris.com

Attorneys for SIERRA VISTA REALTY
LLC, SIERRA VISTA CH LLC, and
SIERRA VISTA NASSIM LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company, | Case No. 1:19-cv-00962-NONE-SKO |
| Plaintiff, | **SECOND STIPULATION TO AMEND SCHEDULING ORDER AND ORDER** |
| v. | **(Doc. 44)** |
| SIERRA VISTA REALTY LLC, a California limited liability company; SIERRA VISTA CH LLC, a California limited liability company; SIERRA VISTA NASSIM LLC, a California limited liability company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

WHEREAS, the Court issued a Scheduling Order on November 7, 2019, pursuant to Federal Rule of Civil Procedure 16 (Dkt. 22);

WHEREAS, on May 4, 2020, the Court modified the scheduling order given the ongoing impact of the pandemic (Dkt. 32);

WHEREAS, on August 11, 2020, the parties filed a stipulation to amend the scheduling order based on Plaintiff's principal's advanced cancer diagnosis and related treatment, which rendered him unable to sit for a deposition until mid to late October of 2020 and unable to travel (Dkt. 35);

WHEREAS, on August 13, 2020, the Court entered an amended scheduling order to accommodate Plaintiff's principal's condition and treatment.  The Court also set the trial date for June 29, 2021 (Dkt. 36);

WHEREAS, on November 6, 2020, the Court entered an amended scheduling order to allow the parties to complete depositions in this matter and to ensure that the trial date in this matter does not conflict with one of Defendants' lead trial attorney's expected maternity leave (Dkt. 41);

WHEREAS, on March 19, 2021, the Court entered an amended scheduling order with respect to the deadline for the parties to file their dispositive motions in this case (Dkt. 43);

WHEREAS, Defendants' lead counsel are also lead counsel in another matter, Civil Case No. 17-1199, pending in the United States District Court in the District of Puerto Rico, in which an evidentiary hearing was held this week.  In connection with the same, and in addition to preparing for and appearing at the hearing itself, Defendants' counsel have had to address multiple time-sensitive matters that arose unexpectedly during the course of the hearing, including: (i) researching for and preparing a brief on an important attorney-client privilege issue in the middle of the hearing on a short-term basis; and (ii) submitting additional materials by close of business tomorrow.  Due to these unexpected and short court-ordered deadlines, Defendants require one week of additional time to finalize and file their dispositive motion in this case;

WHEREAS, the parties submit that the above matters constitute good cause to extend the deadlines relevant to dispositive motions by one (1) week, with all other deadlines remaining the same;

WHEREAS, the parties stipulate and respectfully request that the Court enter the following amended scheduling order in the above-referenced case:

1. Dispositive motions shall be filed on or before April 2, 2021.

2. A hearing on any dispositive motions shall take place on May 19, 2021[1] with the following briefing schedule pursuant to the Local Rules: (i) responses due on May 5, 2021; and (ii) replies due on May 12, 2021.

Dated: March 26, 2021  **DUANE MORRIS LLP**

By: */s/ Elinor H. Murarova*
Elinor H. Murarova
Meagen E. Leary
B. Alexandra Jones
Attorneys for SIERRA VISTA REALTY LLC, SIERRA VISTA CH LLC, and SIERRA VISTA NASSIM LLC

Dated: March 26, 2021  **WHITNEY, THOMPSON & JEFFCOACH LLP**

By: */s/ Mandy L. Jeffcoach*
Marshall C. Whitney
Mandy L. Jeffcoach
Attorneys for CALIFORNIA CLOVIS, LLC

---

[1] Undersigned counsel understand that, pursuant to this Court's *Order Unassigning District Judge* (ECF No. 27) and the accompanying *Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California* (ECF No. 27-1), no hearing will be held on any non-dispositive or dispositive motion absent a further order of this Court. (*See* ECF No. 27-1 at § B.) The parties nonetheless provide the hearing date contained herein, which they understand will govern the briefing schedule pursuant to Local Rule 230.

**ORDER**

Good cause having been shown (*see* Fed. R. Civ. P. 16(b)(4)), the parties' second joint request to modify the case schedule (Doc. 44) is GRANTED as follows:

**Dispositive Motion Deadlines:**

    Filing: April 2, 2021

    Hearing: May 19, 2021

All other dates in the case (*see* Doc. 41) shall remain in place.

IT IS SO ORDERED.

Dated:   **March 30, 2021**                             /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE