1   Whitney, Thompson & Jeffcoach LLP
    Marshall C. Whitney, #82952
2   Mandy L. Jeffcoach, #232313
    8050 N. Palm Avenue, Suite 110
3   Fresno, California 93711
    Telephone:    (559) 753-2550
4   Facsimile:    (559) 753-2560

5   Attorneys for Plaintiff CALIFORNIA CLOVIS, LLC

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  CALIFORNIA CLOVIS, LLC, a Delaware          Case No. 1:19-cv-00962-NONE-SKO
    limited liability company,
11
                                                **STIPULATION TO AMEND**
12                  Plaintiff,                   **OPPOSITION AND REPLY DATES**
                                                **FOR MOTION FOR SUMMARY**
13         v.                                    **JUDGMENT AND [PROPOSED]**
                                                **ORDER**
14  SIERRA VISTA REALTY LLC, a California
    limited liability company; SIERRA VISTA CH
15  LLC, a California limited liability company;
    SIERRA VISTA NASSIM LLC, a California
16  limited liability company; and DOES 1 through 25,
    inclusive,
17
                    Defendants.
18

19         WHEREAS, the Court issued a Scheduling Order on November 7, 2019, pursuant to Federal

20  Rule of Civil Procedure 16 (Dkt. 22);

21         WHEREAS, on May 4, 2020, the Court modified the scheduling order given the ongoing

22  impact of the pandemic (Dkt. 32);

2          WHEREAS, on August 11, 2020, the parties filed a stipulation to amend the scheduling order

25  based on Plaintiff's principal's advanced cancer diagnosis and related treatment, which rendered him

26  unable to sit for a deposition until mid to late October of 2020 and unable to travel (Dkt. 35);

27         WHEREAS, on August 13, 2020, the Court entered an amended scheduling order to

28  accommodate Plaintiff's principal's condition and treatment.  The Court also set the trial date for

    June 29, 2021 (Dkt. 36);

WHEREAS, on November 6, 2020, the Court entered an amended scheduling order to allow the parties to complete depositions in this matter and to ensure that the trial date in this matter does not conflict with one of Defendants' lead trial attorney's expected maternity leave (Dkt. 41);

WHEREAS, on March 19, 2021, the Court entered an amended scheduling order with respect to the deadline for the parties to file their dispositive motions in this case (Dkt. 43);

WHEREAS, on March 30, 2021, the Court entered an amended scheduling order with respect to the deadline for the parties to file their dispositive motions in this case (Dkt. 46);

WHEREAS, on April 2, 2021, Defendants filed their Motion for Summary Judgment and Plaintiff's opposition is presently due on May 5, 2021;

WHEREAS, on April 27, 2021, Plaintiff's counsel learned that her client's principal was involved in a serious accident and has been hospitalized. As Plaintiff's principal, Brad Hoyt, is necessary to complete the Opposition and his present date of discharge is anticipated to be sometime during the week of May 3-7, 2021. Given the dispositive nature of the pending motion, Mr. Hoyt needs to be able to review the opposition and submit a timely declaration;

WHEREAS the parties submit that the above matters constitute good cause to extend the deadlines relevant to the dispositive motions by ten (10) days;

WHEREAS, the parties stipulate and respectfully request that the Court enter the following amended scheduling order in the above-referenced case:

    1.    Plaintiff's Opposition to the dispositive shall be filed on or before May 14, 2021;

    2.    Defendants' Reply shall be due on or before May 26, 2021;

    3.    A hearing on the dispositive motion shall take place on June 2, 2021[1].

---

[1] Undersigned counsel understand that, pursuant to this Court's *Order Unassigning District Judge* (ECF No. 27) and the accompanying *Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California* (ECF No. 27-1), no hearing will be held on any non-dispositive or dispositive motion absent a further order of this Court. (*See* ECF No. 27-1 at § B.) The parties nonetheless provide the hearing date contained herein, which they understand will govern the briefing schedule pursuant to Local Rule 230.

Dated: April 28, 2021        **DUANE MORRIS LLP**

By: _/s/ Elinor H. Murarova_
       Elinor H. Murarova
       Allison M. Midei
       Meagen E. Leary
       B. Alexandra Jones
       Attorneys for COMM 2006-C8 SHAW AVENUE
       CLOVIS LLC and LNR PARTNERS
       CALIFORNIA MANAGER, LLC

Dated: April 28, 2021        **WHITNEY, THOMPSON & JEFFCOACH LLP**

By: _/s/ Mandy L. Jeffcoach_
       Marshall C. Whitney
       Mandy L. Jeffcoach
       Attorneys for CALIFORNIA CLOVIS, LLC

## [PROPOSED] ORDER

Good cause having been shown (*see* Fed. R. Civ. P. 16(b)(4)), the parties' joint request to modify the case schedule (Doc. No. 46) is GRANTED as follows:

**Dispositive Motion Deadlines:**

       Opposition filing: May 14, 2021

       Reply filing: May 26, 2021

All other dates in the case (*see* Doc. No. 41) shall remain in place.

IT IS SO ORDERED.

       Dated:   **April 28, 2021**

                            _Dale A. Drozd_
                            UNITED STATES DISTRICT JUDGE