1 | MEAGEN E. LEARY (SBN 233103)
B. ALEXANDRA JONES (SBN 317838)
2 | **DUANE MORRIS LLP**
One Market Plaza
3 | Spear Tower, Suite 2200
San Francisco, CA 94105
4 | Tel: 415 957 3000
Fax: 415 957 3001
5 | E-mail: meleary@duanemorris.com
       bajones@duanemorris.com

ELINOR H. MURAROVA (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Ste. 3700
Chicago, IL 60603
Tel: 312 499 6700
Fax: 312 499 6701
E-mail: ehart@duanemorris.com

ALLISON M. MIDEI (*Pro Hac Vice*)
**DUANE MORRIS LLP**
100 International Drive, Suite 700
Baltimore, MD 21202-5184
Tel: 410 949 2900
Fax: 410 949 2901
E-mail: ammidei@duanemorris.com

Attorneys for SIERRA VISTA REALTY
LLC, SIERRA VISTA CH LLC, and
SIERRA VISTA NASSIM LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company, | Case No. 1:19-cv-00962-NONE-SKO |
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER AND ORDER** |
| v. | **(Doc. 55)** |
| SIERRA VISTA REALTY LLC, a California limited liability company; SIERRA VISTA CH LLC, a California limited liability company; SIERRA VISTA NASSIM LLC, a California limited liability company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

WHEREAS, the Court issued a Scheduling Order on November 7, 2019, pursuant to Federal Rule of Civil Procedure 16 (Dkt. 22);

WHEREAS, on May 4, 2020, the Court modified the scheduling order given the ongoing impact of the pandemic (Dkt. 32);

WHEREAS, on August 11, 2020, the parties filed a stipulation to amend the scheduling order based on Plaintiff's principal's advanced cancer diagnosis and related treatment, which rendered him unable to sit for a deposition until mid to late October of 2020 and unable to travel (Dkt. 35);

WHEREAS, on August 13, 2020, the Court entered an amended scheduling order to accommodate Plaintiff's principal's condition and treatment. The Court also set the trial date for June 29, 2021 (Dkt. 36);

WHEREAS, on November 6, 2020, the Court entered an amended scheduling order to allow the parties to complete depositions in this matter and to ensure that the trial date in this matter does not conflict with one of Defendants' lead trial attorney's expected maternity leave (Dkt. 41);

WHEREAS, on March 19, 2021, the Court entered an amended scheduling order with respect to the deadline for the parties to file their dispositive motions in this case (Dkt. 43);

WHEREAS, on March 30, 2021, the Court entered an amended scheduling order with respect to the deadline for the parties to file their dispositive motions in this case (Dkt. 46);

WHEREAS, on April 2, 2021, Defendants filed their Motion for Summary Judgment (Dkt. 48);

WHEREAS, on April 28, 2021, the Court entered an order amending the response and reply deadlines with respect to dispositive motions in this case (Dkt. 53);

WHEREAS, on May 14, 2021, Plaintiff filed its opposition to Defendants' motion for summary judgment (Dkt. 54), and Defendants' reply in further support of their motion for summary judgment is presently due on May 26, 2021;

WHEREAS, one of Defendants' lead counsel recently began her maternity leave and Defendants' other counsel have, within the last week, had to address multiple time-sensitive issues on other matters, including issues with unexpected and short deadlines. Due to these time-sensitive issues, Defendants require additional time to finalize and file their reply brief in further support of

1 their dispositive motion in this case;

2 WHEREAS, the parties submit that the above matters constitute good cause to extend

3 Defendants' reply deadline relating to their dispositive motion to June 4, 2021;

4 WHEREAS, the parties stipulate and respectfully request that the Court enter the following

5 amended scheduling order in the above-referenced case:

    1. Defendants' reply brief in further support of their dispositive motion shall be filed on or before June 4, 2021.

    2. A hearing on any dispositive motions shall take place on June 11, 2021.[1]

Dated: May 24, 2021                                   **DUANE MORRIS LLP**

                                                     By: /s/ B. Alexandra Jones
                                                             B. Alexandra Jones
                                                             Meagen E. Leary
                                                             Elinor H. Murarova
                                                             Allison M. Midei
                                                            Attorneys for SIERRA VISTA REALTY
                                                            LLC, SIERRA VISTA CH LLC, and
                                                            SIERRA VISTA NASSIM LLC

Dated: May 24, 2021                                   **WHITNEY, THOMPSON & JEFFCOACH LLP**

                                                     By: /s/ Mandy L. Jeffcoach (as authorized on 5/24/21)
                                                            Marshall C. Whitney
                                                            Mandy L. Jeffcoach
                                                            Attorneys for CALIFORNIA CLOVIS, LLC

---

[1] Undersigned counsel understand that, pursuant to this Court's *Order Unassigning District Judge* (ECF No. 27) and the accompanying *Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California* (ECF No. 27-1), no hearing will be held on any non-dispositive or dispositive motion absent a further order of this Court. (*See* ECF No. 27-1 at § B.) The parties nonetheless provide the hearing date contained herein, which they understand will govern the briefing schedule pursuant to Local Rule 230.

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

Good cause having been shown (*see* Fed. R. Civ. P. 16(b)(4)), the parties' joint request to modify the case schedule (Doc. 55) is GRANTED as follows:

**Dispositive Motion Deadlines:**

    Reply filing: June 4, 2021

    Hearing: June 11, 2021

All other dates in the case (see Doc. 41) shall remain as previously set.

IT IS SO ORDERED.

Dated: **May 25, 2021**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE