MEAGEN E. LEARY (SBN 233103)
B. ALEXANDRA JONES (SBN 317838)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel: 415 957 3000
Fax: 415 957 3001
E-mail:  meleary@duanemorris.com
         bajones@duanemorris.com

ELINOR H. MURAROVA (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Ste. 3700
Chicago, IL 60603
Tel: 312 499 6700
Fax: 312 499 6701
E-mail:  ehart@duanemorris.com

Attorneys for SIERRA VISTA REALTY LLC, SIERRA VISTA CH LLC, and SIERRA VISTA NASSIM LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CLOVIS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SIERRA VISTA REALTY LLC, a California limited liability company; SIERRA VISTA CH LLC, a California limited liability company; SIERRA VISTA NASSIM LLC, a California limited liability company; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 1:19-cv-00962-NONE-SKO <br><br> **STIPULATION TO RELEASE FUNDS DEPOSITED INTO BLOCKED ACCOUNTS; AND ORDER THEREON** |

Plaintiff CALIFORNIA CLOVIS, LLC ("Plaintiff") and Defendants SIERRA VISTA REALTY LLC, SIERRA VISTA CH LLCC, AND SIERRA VISTA NASSIM LLC (collectively "Sierra"), by and through their respective attorneys of record herein, hereby stipulate and agree as follows:

**R E C I T A L S**

A. On June 7, 2019, Plaintiff filed the above-captioned action in the Fresno County Superior Court seeking declaratory relief, breach of contract, injunctive relief and anticipatory breach of contract arising from a certain ground lease of a commercial building in Clovis, California, as to which defendant Kohl's is presently the sub-tenant in possession.

B. Sierra's predecessor removed this action to this Court;

C. On July 26, 2019, Plaintiff and others filed a stipulation pursuant to which Kohl's agreed to deposit amounts due under its lease into a blocked account at Fresno First Bank ("**FFB**") located at 7690 N. Palm Ave., Fresno, CA 93711 as Account No. 100051225 (the "**Kohl's Account**"), Dkt. 12;

D. On February 26, 2020, Sierra was substituted in as the Defendant in the Litigation (Dkt. 30);

E. On October 30, 2020, Plaintiff and Sierra filed a stipulation pursuant to which Plaintiff agreed to deposit amounts due under that certain ground lease into a blocked account at FFB as Account No. 100055597 (the "**CA Clovis Account**"), Dkt. 37; and

F. On October 31, 2022, the Plaintiff and Sierra executed an agreement resolving this dispute.

**STIPULATION**

1. Plaintiff and Sierra agree to FFB distributing the funds in the Kohl's Account and CA Clovis Account as follows:

   a. FFB shall distribute all funds in the Kohl's Account to Sierra pursuant to the writing instructions that will be provided by Sierra's counsel to FFB.

   b. FFB shall distribute 40% of the funds in the CA Clovis Account to Sierra pursuant to the writing instructions that will be provided by Sierra's counsel to FFB.

   c. FFB shall distribute 60% of the funds in the CA Clovis Account to Plaintiff pursuant to the writing instructions that will be provided by Plaintiff's counsel to FFB.

2. Plaintiff and Sierra also request that the Court order the foregoing distribution.

**SO STIPULATED AND AGREED:**

Dated: November 4, 2022  **DUANE MORRIS LLP**

By: */s/ Elinor H. Murarova*
Meagen E. Leary
B. Alexandra Jones
Elinor H. Murarova

Attorneys for SIERRA

Dated: November 4, 2022  **WHITNEY, THOMPSON & JEFFCOACH LLP**

By: */s/ Mandy L. Jeffcoach*
Marshall C. Whitney
Mandy L. Jeffcoach

Attorneys for CALIFORNIA CLOVIS, LLC

**ORDER**

IT IS SO ORDERED.

Dated:   **November 8, 2022**                                    _____
UNITED STATES DISTRICT JUDGE